IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMPLER REAL ESTATE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOWNSTREAM PARTNERS, LP,<br><br>　　　　Defendant. | CASE NO. 8:17-cv-323<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Ampler Real Estate LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that it voluntarily dismisses this action.

Dated 3rd day of January, 2018.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　AMPLER REAL ESTATE LLC, Plaintiff

　　　　　　　　　　By:　/s/Kenneth W. Hartman
　　　　　　　　　　　　　Kenneth W. Hartman (NE #21954)
　　　　　　　　　　of　 BAIRD HOLM LLP
　　　　　　　　　　　　 1700 Farnam Street, Suite 1500
　　　　　　　　　　　　 Omaha, Nebraska  68102-2068
　　　　　　　　　　　　 Tel: 402-344-0500
　　　　　　　　　　　　 Fax: 402-344-0588
　　　　　　　　　　　　 khartman@bairdholm.com

DOCS/1959497.1